JOHNSON ET AL. *v.* WASSERMAN, JUDGE, ET AL.

No. 832.   Decided February 2, 1970

*Alvin A. Fein* for appellants.

*John T. Corrigan* and *John L. Dowling* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

KIRK *v.* BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA

No. 836.   Decided February 2, 1970

*Charles R. B. Kirk, Norman Dorsen, Clark Byse,* and *William W. Van Alstyne* for appellant.

*Thomas J. Cunningham* and *David W. Louisell* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.